# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 450**<br><br>*Plaintiff*<br><br>v.<br><br>**HKE Inc.**<br><br>*Defendant* | Civil Action No. 4:25-cv-5165 |

## AFFIDAVIT OF SERVICE

I, Jesus Lerma, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 12, 2025, at 1:32 pm. I delivered these documents to HKE Inc. in Harris County, TX on November 13, 2025 at 12:06 pm at 2101 E NASA Pkwy, Houston, TX 77058, Building 110, Houston, TX 77058 by leaving the following documents with Todd Hassing who as Registered Agent is authorized by appointment or by law to receive service of process for HKE Inc..

Summons in a Civil Action
PLAINTIFF'S ORIGINAL COMPLAINT

Additional Description:
Handed to Todd Hassing at building 110 Police officer assisted.

White Male, est. age 55-64, glasses: Y, Unknown hair, 240 lbs to 260 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=29.5527758625,-95.0933782064
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Jesus Lerma, I am 18 years of age or older, and my address is 6060 Fairmont Parkway, Pasadena, TX 77017, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

　　Harris County　　　　　　　　　　,

　　TX　　　on　　11/13/2025　　　　.

/s/ *Jesus Lerma*

Jesus Lerma
+1 (832) 541-5551
Certification Number: PSC-16606
Expiration Date: 3/31/2026



Exhibit 1a)