IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF § | | |
| OPERATING ENGINEERS, LOCAL 450, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:25-cv-5165 | |
| § | | |
| HKE Inc., § | | |
| Defendant. § | | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

TO THE HONORABLE COURT AND THE DISTRICT CLERK:

Plaintiff hereby requests the Clerk to enter a default against Defendant HKE Inc., because the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a). Defendant's answer was due on December 4, 2025, but Defendant has not filed an answer or otherwise defended the case.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

/s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

1