**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL UNION OF** | § | |
| **OPERATING ENGINEERS, LOCAL 450,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-5165** |
| | § | |
| **HKE Inc.,** | § | |
|     **Defendant.** | § | |

## <u>ORDER GRANTING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT</u>

Pending before the Court is Plaintiff's Request for Entry of Default. The request and the Court's docket establish that Defendant was properly served but has failed to plead or defend this action. Accordingly, Plaintiff's Request for Entry of Default is **GRANTED**; and the Clerk is **ORDERED** to enter a **DEFAULT** against Defendant HKE, Inc., pursuant to FED. R. CIV. P. 55(a).

Signed on this _____ day of _____, 2026.

_____
HONORABLE CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE

1