United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 450, Plaintiff, | § § § § § § | CIVIL ACTION NUMBER 4:25-cv-05165 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| HKE INC, Defendant. | § § | |

## ORDER

Plaintiff International Union of Operating Engineers, Local 450, brought this action on October 29, 2025. Dkt 1. Defendant HKE Inc was served on November 13, 2025. Dkt 5. It was served within a judicial district of the United States and didn't waive service. Rule 12(a)(1)(A)(i) thus required it to answer or file an otherwise responsive pleading within twenty-one days of service. This meant December 4, 2025. It hasn't done so.

Rule 55(a) provides, "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Plaintiff thus moves for entry of default. Dkt 7.

The motion by Plaintiff International Union of Operating Engineers, Local 450, for entry of default against Defendant HKE Inc is GRANTED. Dkt 7.

The Clerk is ORDERED to enter default against Defendant HKE Inc.

SO ORDERED.

Signed on ___January 22, 2026___, at Houston, Texas.

*/s/ CREskridge*
Honorable Charles Eskridge
United States District Judge