United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| International Union of Operating Engineers, Local 450,<br>　　　Plaintiff,<br><br>*versus*<br><br>HKE, Inc.<br>　　　Defendant. | Civil Action: 4:25-cv-05165 |

# Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

HKE, Inc., Registered Agent, Todd Hassing, 2101 E NASA Pkwy, Houston, TX 77058

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

Date: January 26, 2026

*Nathan Ochsner, Clerk of Court*

*s/ Jennelle Gonzalez*
*Signature of Clerk or Deputy Clerk*