IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 450,<br>Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-5165 |
| HKE Inc.,<br>Defendant. | § § § | |

**PLAINTIFF'S EXHIBIT 1**

## DECLARATION OF MARK MAHER, JR.

1. I, Mark Maher, Jr., am over 21 years of age and am competent to make this declaration. I hereby declare, under penalty of perjury, that the following facts are of my own personal knowledge and are true and correct.

2. I am the Business Manager for the International Union of Operating Engineers, Local 450 ("Local 450").

3. Defendant HKE Inc. executed a Collective Bargaining Agreement ("CBA") with Local 450 and, at all times relevant to this case, has been bound by the CBA.

4. Under the CBA, Defendant agreed to pay contributions to a health fund, a pension fund, and a joint labor–management apprenticeship and training fund for each hour worked by employees of Defendant covered by the CBA. Defendant also agreed to deduct from the employees' pay and remit to Plaintiff Union dues and contributions to an affiliated Political Action Committee Fund, for employees who authorized such deductions, for each hour worked by employees of Defendant covered by the CBA.

5. Defendant employed covered employees, who were dispatched to Defendant by Local 450, during the period from February 2025 through the present.

6. Defendant failed to submit monthly reporting forms and corresponding health, pension, and apprenticeship contribution payments and failed to remit Union dues and PAC contributions for the period February 2025 through December 2025. Under the terms of the CBA, such payments are due by the 15th day of the month for the preceding month's work hours.

7. Defendant's failure and refusal to submit the reporting forms for the months of February 2025 through December 2025 makes it impossible for Plaintiff to use actual employer contribution reports to calculate the damages it has suffered.

8. Using the reporting form submitted by Defendant for January 2025, the projected principal delinquency for the months of February 2025 through December 2025 is $158,485.44, calculated as follows:

For the month of January 2025, Defendant reported 5 full-time employees who all elected to contribute to the PAC fund. In the 48 weeks between February 2025 and December 2025, 5 employees working 40 hours per week would work a total of 9,600 hours. The CBA requires pension contributions of $8.08 per hour worked, health contributions of $6.50 per hour worked, apprenticeship contributions of $0.75 per hour worked, remittance of voluntary employee PAC contributions of $0.05 per hour worked, and remittance of Union dues in the amount of $1.13 per hour (calculated by taking 3% of the $37.63 base hourly wage). Accordingly, the projected principal employer contributions due for the months of February through December 2025 are $77,568.00 in pension contributions, $62,400 in health contributions, $7,200 in apprenticeship contributions, $480 in PAC fund contributions, and $10,837.44 in Union dues, for a total due of $158,485.44.

9. Defendant's contributions required under the CBA for work covered by the CBA performed at Defendant's request for the months of February through December 2025 were not made.

10. I, Mark Maher, Jr., do hereby declare, under penalty of perjury, that the foregoing facts are within my personal knowledge and are true and correct. I submit this declaration on issues raised by the Plaintiff's Motion for Default Judgment and do not address all the issues in this case.

_____
MARK MAHER, JR.