# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF §<br>OPERATING ENGINEERS, LOCAL 450, §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>HKE Inc., §<br>    Defendant. § | CIVIL ACTION NO. 4:25-cv-5165 |

## **DEFAULT JUDGMENT**

Today, the Court considered Plaintiff's Motion for Default Judgment. After considering the motion, the evidence, the pleadings, and the arguments of counsel, the Court **GRANTS** the motion. It is therefore **ORDERED** that judgment is awarded for Plaintiff against Defendant, HKE Inc., in the sum of $160,935.44. Post-judgment interest shall accrue at the rate of 3.53% until the judgment is paid in full.

It is **ORDERED** that the case is **CLOSED**.

Signed this _____ day of _____, 2026.

_____
HONORABLE CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE