United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 450, Plaintiff, | § § § § § § | CIVIL ACTION NUMBER 4:25-cv-05165 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| HKE INC, Defendant. | § § § | |

## ORDER

Plaintiff International Union of Operating Engineers, Local 450, brought this action on October 29, 2025. Dkt 1. Defendant HKE Inc was served on November 13, 2025, but failed to timely respond. Default was thus entered against Defendant on January 16, 2026. Dkt 9.

Pending is a motion by Plaintiff for default judgment. Dkt 10. The motion is spare in the extreme. Plaintiff seeks recovery of benefits owed under a collective bargaining agreement. Yet the only evidence submitted by Plaintiff in support of the relief sought is a declaration by its business manager. See Dkt 10-1. Nowhere does Plaintiff attach the contract, point to the explicit language of the terms allegedly violated, or provide evidence that Defendant violated those terms. As presented, the motion is entirely deficient on the merits to support entry of default judgment.

The motion by Plaintiff International Union of Operating Engineers, Local 450, for default judgment is thus DENIED WITHOUT PREJUDICE. Dkt 10.

Counsel must fully research and adequately support in all particulars any request for relief in any subsequent motion for default judgment. For example, see *Triton Hedron LLC v Permaducto SA de CV*, 2021 WL 5632773 (SD Tex) (granting motion for default judgment and awarding damages where plaintiff provided executed copy of contract at issue and pointed to terms supporting the relief requested).

Failure to abide by these directions will result in this action being DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Signed on  February 18, 2026, at Houston, Texas.

*/s/ CREskridge*
Honorable Charles Eskridge
United States District Judge