**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL UNION OF** | § | |
| **OPERATING ENGINEERS, LOCAL 450,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-5165** |
| | § | |
| **HKE Inc.,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT**

TO THE HONORABLE COURT:

Plaintiff hereby moves for default judgment against Defendant HKE Inc.

Plaintiff's Original Complaint was filed on October 29, 2025. It seeks to recover unpaid employer benefit contributions, Union dues, and Political Action Committee Fund contributions required under the parties' collective bargaining agreement ("CBA"), along with attorney fees under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a).

As the Complaint alleges, the parties executed a CBA on December 6, 2024, which is effective from December 6, 2024 until March 31, 2026, and continues in effect from year to year thereafter, unless changed or terminated as provided for under the Agreement. That agreement is attached to this Motion as Exhibit 1.

The CBA requires Local 450 to furnish operators, riggers, and mechanics to Defendant, and it requires Defendant to pay those employees specified wages and benefits, including contributing to a health fund, a pension fund, and a joint labor–management apprenticeship and training fund. *Exhibit 1*, Articles III, V, XII, XV, XIX, XX, XXIII, Appendix A, Appendix B. The CBA also requires Defendant to deduct Union dues and Political Action Committee ("PAC") Fund contributions from the employees' pay and remit them to Local 450. *Exhibit 1*, Article XX.

1

Local 450 complied with the CBA by dispatching qualified employees to Defendant. *Exhibit 2*, *Declaration of Mark Maher, Jr.*, ¶5. Defendant has employed those workers but has failed to make the required benefit contributions. *Exhibit 2*, ¶¶5–6. Although Defendant has deducted Union dues and PAC fund contributions from the workers' pay, it has failed to remit those amounts to Local 450. *Exhibit 2*, ¶¶5–6.

Defendant was properly served with the Summons and Complaint in this case at 12:06 p.m., on November 13, 2025, via private process server. The executed Return of Service was filed in this case. More than 21 days have elapsed since Defendant was served with citation, and Defendant has not entered an appearance, filed an answer to the Complaint, or filed any other pleadings in this case. On January 26, 2026, this Court entered an Order Granting Plaintiff's Request for Entry of Default. On that same day, the Clerk entered the default.

Plaintiff requests judgment against Defendant. The specific amounts of all categories of damages have been determined as set forth in the attached Declaration of Mark Maher, Jr., Plaintiff's Business Manager (Exhibit 2), and the attached Declaration of Matt Bachop, counsel for Plaintiff (Exhibit 3), in support of an award of reasonable and necessary attorney fees and costs of court. Plaintiff requests that the Court enter judgment in its favor in the sum of $160,935.44, which includes the principal amount of unpaid employer benefit contributions, Union dues, and Political Action Committee Fund contributions for the period February 1, 2025 through December 31, 2025 in the sum of $158,485.44; attorney fees in the sum of $1,950.00; and costs of court in the sum of $500, payable to Plaintiff. Plaintiff also seeks post-judgment interest at the rate of 3.43% until the judgment is paid in full.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

_____/s/ Matt Bachop_____
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the Defendant, as required by Local Rule LR5.5 by certified mail, return receipt requested, to Defendant's registered agent, Todd Hassing, at 2498 SW Mullenix Road, Port Orchard, WA 98367-8596, on this 23rd day of February, 2026.

/s/ Matt Bachop
Matt Bachop