# INTERNATIONAL UNION OF OPERATING ENGINEERS
# LOCAL 450
# MASTER CONSTRUCTION AGREEMENT

**PLAINTIFF'S EXHIBIT 1**

This Agreement is made and entered into by and between the Employer, whose signature is affixed hereto, hereinafter referred to as the "Employer," and the International Union of Operating Engineers Local 450, hereinafter referred to as the "Union."

## ARTICLE I
## RECOGNITION

Section 1:   It is mutually understood, agreed, and acknowledged that the Union is the duly authorized and recognized exclusive bargaining representative of all current and future employees performing work covered by the terms of this Agreement.  The Employer hereby recognizes the Union as the sole and exclusive bargaining representative in accordance with Section 9(a) of the Labor Management Relations Act (LMRA) for all current and future employees of the Employer over which the Union has craft, occupational, and territorial jurisdiction.

Section 2:   For the purpose of this Agreement, the word "employee" shall include all Operating Engineers coming under the jurisdiction of the Union, including but not limited to those performing the assembly, operation, maintenance, transport, and repair of all equipment irrespective of motive power.

## ARTICLE II
## GEOGRAPHIC AND TERRITORIAL JURISDICTION

Section 1:   The terms of this Agreement shall cover all work within the geographic and territorial jurisdiction of the Union and shall include the following counties:  Angelina, Aransas, Atascosa, Austin, Bandera, Bastrop, Bee, Bell, Bexar, Blanco, Brazoria, Brazos, Brooks, Burleson, Burnet, Caldwell, Calhoun, Cameron, Chambers, Colorado, Comal, Coryell, DeWitt, Dimmit, Duval, Edwards, Falls, Fayette, Fort Bend, Frio, Galveston, Gillespie, Goliad, Gonzales, Grimes, Guadalupe, Hardin, Harris, Hays, Hidalgo, Jackson, Jasper, Jefferson, Jim Hogg, Jim Wells, Karnes, Kendall, Kennedy, Kerr, Kimble, Kinney, Kleberg, Lampasas, LaSalle, Lavaca, Lee, Leon, Liberty, Live Oak, Llano, Madison, Mason, Matagorda, Maverick, McLennan, McMullen, Medina, Menard, Milam, Mills, Montgomery, Newton, Nueces, Orange, Polk, Real, Refugio, Robertson, Sabine, San Augustine, San Jacinto, San Patricio, San Saba, Schleicher, Starr, Sutton, Travis, Trinity, Tyler, Uvalde, Victoria, Walker, Waller, Washington, Webb, Wharton, Willacy, Williamson, Wilson, Zapata, Zavala.

Section 2:   The above-referenced geographic and territorial jurisdiction may be adjusted, modified or reassigned by assignment of the International Union of Operating Engineers.



# ARTICLE III
# SCOPE OF AGREEMENT

Section 1:   The terms of this Agreement shall include but not be limited to all **Commercial** and **Industrial** work within the territorial, craft, and occupational jurisdiction of the Union.

Section 2:   **Commercial work** shall be defined as, but not limited to, all work within the territorial, craft, and occupational jurisdiction of the Union performed on all architecturally designed buildings such as: office space, hotels, hospitals, banks, court houses, schools, and like structures, city projects, residential site work, heavy highway projects, and similar types of projects.

Section 3:   **Industrial work** shall be defined as, but not limited to, all work including construction, demolition, site preparation/earth moving, and revision in conjunction with all petro-chemical plants, metal processing facilities, energy related plants, (coal, lignite, gas, and nuclear), wind turbine facilities, renewable energy facilities, manufacturing plants facilities (auto plants), NASA (technology-testing facilities), railroads and rail structures, marine and offshore, pipeline, and similar types of projects.

Section 4:   This Agreement shall not preclude the implementation of International Union Agreements and shall become subordinate to and superseded by any type of International Union Agreement entered into by the International Union of Operating Engineers applicable to a specific type of work or project.

Section 5:   In the event a question should arise pertaining to the scope of work covered by this Agreement for a particular project, the Union and the Employer will meet to discuss the project in question to assign the appropriate classification.

# ARTICLE IV
# MANAGEMENT RIGHTS

The Employer retains and shall exercise full and exclusive authority and responsibility for the management of its operations, except as expressly limited by the terms of this Agreement. There shall be no limit on production work or the restriction of the full use of proper tools or equipment, except as provided herein.

# ARTICLE V
# HIRING AND JOB REFERRALS

Section 1:   The Employer agrees that the Union shall have the first opportunity to furnish all classifications of employees covered by this Agreement in accordance with the Union's hiring hall and referral procedure. The Union shall have at least forty-eight (48) hours, excluding Saturdays, Sundays, and Holidays (two working days), to fill a job request. If the Union is unable to refer an applicant within the specified time, it shall not be a violation of this Agreement for the Employer to hire from any source available, provided that the applicant, thus hired, shall acquire a referral

2

 

from the Union prior to beginning work.

Section 2: The Employer shall have the right to utilize the "key employee" provision in accordance with Article XV, Section 3(a) of the Constitution of the International Union of Operating Engineers. Key employees shall be identified and discussed at the pre-job conference between the Union and Employer. All key employees shall receive clearance from the Union and acquire a referral from the Union prior to beginning work.

Section 3: Selection of applicants shall be on a nondiscriminatory basis. The Employer retains the right to accept or reject any applicant referred by the Union and to be the sole judge of an applicant's qualifications.

## ARTICLE VI
## CRAFT JURISDICTION

Section 1: The Employer agrees to recognize and respect the traditional craft jurisdiction of the Union as established by Agreements and Decisions of Record, Established Trade Practice, or the Building and Construction Trades Department, AFL-CIO, and the National Joint Board for the Settlement of Jurisdictional Disputes.

Section 2: All questions, complaints, or disputes dealing with craft jurisdiction shall be referred to the Representative of the Local Union involved in the jurisdictional dispute and the Employer's authorized representative, who shall meet in an attempt to resolve the dispute. If no agreement or resolution can be reached between the Local Union Representative, the Employer Representative, and/or the respective Representative of another craft union involved in the dispute, the dispute shall be referred to the International Union for review and appropriate disposition. There shall be no work stoppages because of a jurisdictional dispute.

Section 3: The Employer agrees to recognize all light equipment as being the jurisdiction of the International Union of Operating Engineers. The Employer agrees that such light equipment shall not be deemed a "tool of the trade."

Section 4: The Union and the Employer agree that the nature of some construction project conditions requires flexibility in the manning of intermittently used light equipment, which in and of itself does not establish precedent or change the appropriate jurisdiction of the crafts involved. The Union and Employer agree that operating engineers assigned to other primary equipment may be required to start, stop, operate, and maintain light equipment located in their general working areas.

## ARTICLE VII
## PRE-JOB CONFERENCE

The Employer agrees to notify the Union of any jobs obtained by the Employer, and the Union and the Employer shall arrange a date, time, and place to hold a pre-job conference prior to the commencement of any work. The Union and the Employer shall discuss and agree upon such

3

 

matters as starting time, number of hours of work per week, number of shifts, the anticipated number of employees required for the job, key employees, and any specific conditions that may require attention to enhance the safety and productivity of the job.

## ARTICLE VIII
## UNION REPRESENTATIVES

Section 1:   An authorized representative of the Union shall be allowed admission to the project at any time and for any purpose related to the terms and conditions of this Agreement, provided they do not interfere with the work of employees and further provided that such representatives fully comply with the visitor safety and security rules established for the particular project and federal and state regulations. Union representatives shall notify the field office of their presence on the job prior to entering the job site.

Section 2:   The Union may appoint working employees as Stewards. The Union agrees to notify the Employer of the names of Job Stewards, if appointed. The Employer shall allow Job Stewards time to perform their duties during working hours with no loss of pay, and the Employer agrees not to discriminate against Job Stewards. Job Stewards shall not have authorization, either express or implied, to initiate work stoppages or any other types of disruptive activity in violation of this Agreement. The Job Steward shall be contacted before any employee is terminated. All Operating Engineers shall clear in with the Job Steward before performing any work.

## ARTICLE IX
## WORK STOPPAGES AND LOCKOUTS

Section 1:   The Union agrees that it will not cause, authorize, or permit any strike, slowdown, or cessation of work performed by the Employer during the term of this Agreement. The Employer agrees that he will not lockout any employees performing work for the Employer during the term of this Agreement. This Article shall not be applicable to any dispute or grievance arising from the Employer's failure to make payment of wages or fringe benefit contributions as required by this Agreement.

Section 2:   Upon being notified that employees of the Union are violating this Article, the principal officer or officers of the Union shall use the best efforts of their offices to cause the employees the Union represents to cease any violations of this Article. Compliance with this obligation shall render the Union not liable for acts of employees.  The Union shall not be liable for acts of employees for which it has no responsibility.

## ARTICLE X
## GRIEVANCE AND ARBITRATION

Section 1:   Any dispute arising under the application or interpretation of the terms and conditions of this Agreement shall be resolved in accordance with the procedures set forth herein. No employee shall be discharged without just cause. No grievance shall be recognized unless called to the attention of the Employer by the Union, or to the Union by the Employer within

4



fifteen (15) days after the alleged violation occurred or became known to the aggrieved party. Any employee alleging a violation of this Agreement shall refer the alleged violation to the Union Representative for Review. Upon review, the Union Representative may file a grievance on the employee's behalf within fifteen (15) days after the occurrence of the event which gave rise to the grievance or from the time the event became known to the affected employee or employees; otherwise the grievance shall be considered waived.

Section 2:   The parties agree that they will make efforts, time permitting, to resolve disputes informally at the lowest level possible, without using the formal grievance process.

Section 3:   The time limits specified in this Article may be extended by mutual agreement between the parties.

   Step 1: The grievance shall be reduced to writing and referred to the Union's Business Manager or Business Representative and the Employer's Project Manager or Human Resource Manager by the deadline established in Section 1, above. The other party shall respond in writing to the grievance within seven (7) days after receipt of the grievance. If no written response is sent by the deadline, the grievance is considered denied on the seventh (7th) day after receipt of the grievance.

   Step 2:  In the event the dispute is not resolved in Step 2 above, then either party may refer the matter for final and binding Arbitration within seven (7) days after the date on which the grievance was denied. An Impartial Arbitrator shall be selected from a panel of Arbitrators submitted by and in accordance with the rules and regulations of the Federal Mediation and Conciliation Service. Thereafter, the parties shall defer to the decision of the Arbitrator. It is agreed that the Arbitrator shall have no authority to change, amend, add to, or detract from the provisions of this Agreement, but shall only rule on the applicability of the Agreement to the specific grievance submitted to him. The expense of the Impartial Arbitrator shall be borne equally by the Union and the Employer. The decision of the Arbitrator shall be final and binding on all parties.

ARTICLE XI
SUBCONTRACTING

In the event the Employer subcontracts any scope of work covered by this Agreement, the Employer shall make every effort available to subcontract such work to a contractor that has entered into a collective bargaining agreement with IUOE Local 450, providing that signatory subcontractors are available and competitive on pricing.  In the event such subcontractors are not available, the Union and Employer will meet to discuss exceptions to this Article that would further the intent and purpose of this Agreement.

ARTICLE XII
PAYDAY AND PAYMENT OF WAGES

Section 1:   Wages shall be paid weekly by debit card, check, or electronic transfer to a financial institution of the employees' choosing, not later than the fifth workday following the last day of

5



the Employer's established payroll period. At the option of the employee, the employee's paycheck/debit card/direct deposit advice will be mailed on or before payday to the home address they have on file with the Employer, or the jobsite address. Paychecks sent via U.S. Postal Service that are not received by the employee will not be reissued until five (5) calendar days from the date of the check, and until the bank has confirmed that payment has been stopped on the original check. When made available by the Employer and at the employee's option, debit card or direct deposit paystubs may be emailed to the employee's email address provided. In this instance no paper copy will be provided. Authorization and any email address changes must be made in writing. There will be no additional provisions for payoff or terminations. All employees laid off or discharged will be paid under the regularly established payroll period procedure.

Section 2:    With each weekly payment, the Employer shall furnish the employee with a detachable paper stub showing the hours worked, straight time and overtime hours, the straight time and overtime rates of pay, gross wages, the amounts and purposes of each deduction and the amount of net wages. Deductions, which may be combined under federal regulations, may be shown as one deduction.

Section 3:    Employees that do not receive their weekly pay as provided herein shall receive four (4) hours of their applicable straight time rate, per day, without fringes, until paid. This does not apply to an unforeseen circumstance as determined by the Union.

## ARTICLE XIII
## REPORTING TIME AND PER DIEM

Section 1:    An employee who reports for work and for whom no work is provided shall be paid two (2) hours pay unless notified the previous workday not to report for work. "Previous workday" shall be defined as a scheduled work day, within scheduled working hours determined in the pre-job.

Section 2:    An employee who reports for work and is put to work shall be paid a minimum of four (4) hours.

Section 3:    An employee working more than four (4) hours but less than eight (8) hours shall be paid eight (8) hours pay, except in the case of inclement weather or an unforeseen circumstance, in the second four hours, in which case the employee will be paid for actual hours worked.

Section 4:    Any employee traveling outside of a seventy five (75) mile radius from their permanent residence to the jobsite location, will be paid one hundred and ten dollars ($110.00) per man per diem, composed of eighty dollars ($80.00) for lodging and thirty dollars ($30.00) for food per day. Food per diem only of thirty dollars ($30.00) per day will be paid on the last day worked when out of town. An operator must remain over night near the job site to be eligible for the lodging per diem. Employees must meet the Employer's criteria to receive the per diem. IUOE Local 450 registrants whose permanent residence is within the geographical jurisdiction of Local 450 will be dispatched first, followed by those regardless of their permanent residence, per Local 450's General Referral Procedures.



Section 5: The Employer agrees that any subsistence pay shall be applied equally to all of its bargaining unit employees.

## ARTICLE XIV
## HOLIDAYS AND SUNDAYS

Section 1: Holidays recognized by this Agreement are New Year's Day, Fourth of July, Labor Day, Memorial Day, Thanksgiving Day, Friday after Thanksgiving Day, and Christmas Day. When a holiday falls on a Saturday, the preceding Friday shall be observed. When a holiday falls on a Sunday, the following Monday shall be observed. No work shall be performed on Labor Day except to save life or property or to respond to a public emergency.

Section 2: All hours worked on Holidays shall be at the rate of two-times (2x) the regular rate of pay regardless of the total number of weekly hours.

Section 3: All hours worked on Sundays shall be paid at the rate of two times (2x) the regular rate of pay, regardless of the total number of weekly hours.

There shall be no pyramiding or duplication of Holiday and Sunday overtime. If a Holiday falls on a Sunday, only two times (2x) the hourly rate shall be paid for that Sunday. The observed holiday on Monday shall be paid at two times (2x) the hourly rate. The Holiday and Sunday overtime rates shall not be collectively duplicated or pyramided for either day.

Section 4: All hours worked on Saturday will be paid at the time and a half (1½x) the regular rate of pay regardless of the total number of weekly hours.

## ARTICLE XV
## WORKDAY, WORKWEEK, HOURS OF WORK, AND OVERTIME

Section 1: Eight (8) consecutive hours shall constitute a normal day's work between the hours of 7:00 a.m. and 5:00 p.m., on a single shift. Forty (40) hours shall constitute a normal week's work. All hours worked beyond eight hours in any one day shall be paid at the rate of time and one-half (1½x). All hours worked beyond forty hours in any one week shall be paid at the rate of time and one-half (1½x).

Section 2: The Employer shall designate a thirty (30) minute lunch break within a two (2) hour period, mid-shift. If the employee is relieved of all duties during the lunch break, the lunch break will be unpaid.

Section 3: When the Employer elects to establish a two-shift operation, each such shift shall not be less than eight (8) hours.

Section 4: When the Employer elects to establish a three-shift operation, the regular work day of the first shift shall consist of eight (8) consecutive hours commencing at 7:00 a.m., with a paid meal period of one-half (1/2) hour between the fourth and fifth hours. The regular workday of the

7



second shift (2nd) shift shall consist of eight (8) consecutive hours commencing at 3:00 p.m., with a paid meal period of one-half (1/2) hour between the fourth and fifth hours. The regular workday of the third (3rd) shift shall consist of eight (8) consecutive hours commencing at 11:00 p.m., with a paid meal period of one-half (1/2) hour between the fourth and fifth hours.

Section 5:   The regularly scheduled starting time shall apply to all employees. However, exceptions may be made for certain equipment on which, due to the nature of the work, the same hours of work would not be practical. Such exceptions shall be made by mutual agreement between the Union and the Employer.

Section 6:   All overtime shall be paid in one-half (1/2) hour increments. Any part of one-half hour's work shall be paid for the full half-hour.

Section 7:   It is mutually agreed that the Union and the Employer shall evaluate shift work and manning requirements on shift work on a job-by-job basis.

Section 8:   The Employer has the option to implement a designated 4-10 schedule. The standard workday shall be an established four (4) day consecutive, ten (10) hour period between the hours of 6:30 AM and 6:30 PM, exclusive of the thirty (30) minute lunch period. Forty (40) hours per week shall constitute a week's work, Monday through Thursday, inclusive. In the event the job or a portion thereof is down because of inclement weather at the jobsite, then the Employer may have the option to schedule make-up work up to ten (10) hours/day on Friday and/or Saturday. Make-up on Saturday shall not be mandatory and is subject to Article XIV Section 4 provisions. The make-up workday must follow the lost workday and must be performed during the same calendar week as the lost workday. When make-up work is performed, the employee who has been previously assigned the work will be given the first opportunity to perform the make-up work. The 4-10 schedule shall be determined prior to the start of the project/work.

## ARTICLE XVI
## MULTIPLE SHIFT DIFFERENTIALS

Section 1:   Multiple shift premiums shall be governed by the following shift pay differentials:

> First Shift – employee's regular straight time hourly rate
> Second Shift - $1.50 per hour above employee's regular straight time hourly rate

Section 2:   Multiple shifts shall not be used to circumvent the payment of overtime on jobs of a short duration. Therefore, no multiple shift work may be undertaken for less than a full seven (7) day workweek without the mutual consent of both parties.

## ARTICLE XVII
## HEALTH AND SAFETY

Section 1:   No employee shall be required to work with unsafe equipment or under unsafe conditions. All employees shall have the right to discontinue work that they might reasonably

8



deem to be unsafe or which might lead to serious accident, injury, or destruction of equipment and property. In the event that such an event arises, the Employer shall make all efforts to investigate and correct or modify the unsafe condition or conditions and allow for the resumption of work in a safe manner.

Section 2:    An adequate supply of fresh water (cooled when warranted), sanitary cups, and sanitary toilet facilities shall be made available for all employees at each job site.

Section 3:    The parties to this agreement do hereby recognize the need to provide a drug and alcohol-free workplace. Drug and alcohol testing for all work at the project shall be performed pursuant to the Employer's policies and procedures. All disputes arising out of implementation of these policies shall be subject to the grievance procedure.

## ARTICLE XVIII
## TOOL REPLACEMENT

Employees who are required by the Employer to supply their own tools on the Employer's projects shall inventory such tools with an authorized representative of the Employer prior to bringing them on to the job.  By mutual agreement between the Employer and the employee, tools may be stored on the job site.  The Employer shall be responsible for the tools insofar as theft or losses while they are stored or used on the job site.  Employees' tools which have been properly inventoried, as stated above, which are broken or damaged during their use on the Employer's job site shall be replaced by the Employer with tools of the same Tool Manufacturer's Trade Name or of equal value.

## ARTICLE XIX
## EMPLOYEE BENEFIT FUNDS

Section 1:    The Employer agrees to be bound by the Agreement and Declaration of Trust establishing the Central Pension Fund of the International Union of Operating Engineers and Participating Employers; the Agreement and Declaration of Trust establishing the Southern Operators Health Fund; and the Agreement and Declaration of Trust establishing the Hoisting & Portable Engineers Local 450 Apprentice Fund, including, but not by way of limitation, the financial and reporting obligations thereof and any successors to the above-referenced Trust Funds. The Employer agrees to execute a separate Participation Agreement to each of the respective Employee benefit plans.

Section 2:    The Employer further agrees to comply with the Standards of Apprenticeship developed and administered for the training of operating engineers and the decisions of the Joint Apprenticeship Committee concerning the interpretation of those standards and each apprentice's specific training needs.

Section 3:    The Employer irrevocably designates as representatives among the trustees of said Funds such trustees as are named in said Agreements and Declarations of Trust as employer trustees, together with their successors selected in the manner provided by said Agreements and




Declarations of Trust, as those documents may be amended from time to time.

Section 4:   Maintenance of Benefits: The wages and employee benefits provided by this Agreement are negotiated as a total package and the Union may divert any amount of funds as may be required to maintain the employee benefit plan programs provided herein. The Union agrees to give the Employer at least thirty (30) days' notice of any change made according to this provision.

Section 5:   Notwithstanding Section 4, above, if the Southern Operators Health Fund increases the required contribution rate during the life of this contract, the Employer agrees to increase its Health Fund contribution (and the total benefits package) by the amount of the Health Fund rate increase, up to a maximum of $0.25 per hour per contract year.

## ARTICLE XX
## DUES AUTHORIZATION AND PAYROLL DEDUCTIONS

Section 1:   The Employer agrees to recognize all legal Dues Deduction Authorizations (Dues Check-off) requested by the Union and executed by any of its employees and to deduct from the gross wages of said employees those sums authorized and to remit same to the Union as designated. Payments made on separate check to IUOE Local 450 – Admin Dues, accompanied by monthly reports reflecting employee hours worked on a form provided by the International Union of Operating Engineers, shall be remitted to Local 450 at the same time the Employer submits its other Benefits to the appropriate offices.

Section 2:   When requested by the Union, the Employer shall deduct five dollars and seventy-six cents ($5.76) per week from an Employee that receives wages under the terms of the Agreement, based on individually signed, voluntarily authorized deduction forms for Travel Service Dues. Payments made on separate check to IUOE Local 450 – Travel Service Dues, accompanied by monthly reports reflecting employee hours worked on a form provided by the International Union of Operating Engineers, shall be remitted to Local 450 at the same time the Employer submits its other Benefits to the appropriate offices.

Section 3:   When requested to do so by the Union, the Employer will deduct five cents ($0.05) for each hour that an Employee receives wages under the terms of the Agreement, based on individually signed, voluntarily authorized deduction forms for the IUOE Local 450 Political Education Fund. It is agreed that these authorized deductions for the IUOE Local 450 Political Education Fund are not conditions of membership in the International Union of Operating Engineers or of employment with the Employer. Payments made on separate check to IUOE Local 450 – Pac Fund, accompanied by monthly reports reflecting employee hours worked on forms as provided by the International Union of Operating Engineers, shall be remitted to Local 450, at the same time the Employer submits its other Benefits to the appropriate offices.

Section 4:   The Union binds and obligates itself to hold the Employer harmless from any loss, cost, or expense of any nature whatsoever arising from any liability or claim against the Employer in complying with the provisions of this Article.

Section 5:   Dues and payroll deductions shall be remitted to the Union on a monthly basis and

no later than the fifteenth (15th) day of the month for the preceding month's work hours.

## ARTICLE XXI
## GENERAL PROVISIONS

Section 1:     Nothing contained herein shall be construed as a minimum manning requirement, but the Employer agrees that if an employee is assigned to perform work in any classification listed in this Agreement, that employee shall be an Operating Engineer covered by the terms and conditions of this Agreement.

Section 2:     The equipment operated by an employee shall determine that employee's classification. When an employee operates more than one type or class of equipment in one day, he shall be paid for the entire day at the highest rate applicable to the various pieces of equipment he operates for that day.

Section 3:     There shall be no limit to the number of machines an employee may operate in one day. However, the number of equipment changes shall not exceed practical and reasonable limitations. Each employee shall be given the first opportunity to perform overtime work on his regularly assigned machine or equipment.

Section 4:     The Employer agrees to utilize apprentices and oilers whenever possible to assist the Union in recruiting qualified individuals into the construction industry and provide entry level employment and formal and on-the-job training opportunities for the development of skilled Operating Engineers.

## ARTICLE XXII
## FOREMAN/GENERAL FOREMAN

Section 1:     When as many as eight (8) Operating Engineers are employed on a project, the Employer shall designate one (1) Operating Engineer as the Foreman.  The Foreman shall be paid one dollar ($1.00) per hour above the highest paid Operating Engineer on the project.

Section 2:     A General Foreman shall be paid two dollars ($2.00) above the highest negotiated wage rate on the job site.  The employment of a general foreman shall be at the option of the Employer.

Section 3:     Foremen and General Foremen must be Journeymen Operating Engineers and have three (3) or more years of experience as practical mechanics of their trade. In selecting Foreman and General Foreman, the Employer shall give full consideration to qualified Journeymen Operating Engineers available on the Union's referral list.

Section 4:     It is understood that Foremen and General Foremen shall be under the direct supervision of the Employer's Project Manager and/or Project Superintendent.

Section 5:     Foremen and General Foremen shall direct the work of the Operating Engineers

under their charge in the performance of their duties. Discipline or discharge of any of the forces under his supervision shall be done through them.

### ARTICLE XXIII
### WAGES AND BENEFIT CONTRIBUTIONS

Section 1:   The classification of employment, minimum wage scale, and fringe benefit contributions required by this Agreement shall be in accordance with **Appendices A and B**, which are incorporated into and made a part of this Agreement. Employees shall receive no less than the wages and fringe benefits rates listed in **Appendices A and B** per equipment classification.

Section 2:   Equipment classification:

**Group I-** All 100 Ton and above Cranes, including but not limited to, Hydraulic Swing Cab Rough Terrain Cranes, All Terrain/Truck Cranes, Crawler Cranes, Tower Cranes, Overhead Cranes, Gantry Cranes, All Conventional Cranes with or without attachments, SPMT/Transport Trailers, A/D Director, Lift Director, Crane Mechanic, Bundle Extractor Operator.

*NCCCO and OCEP Certifications refer to formal Certifications from the National Commission for the Certification of Crane Operation (NCCCO) or Operating Engineers Certification Program (OCEP).*

**Group II-** All 99 Ton and below Cranes, including but not limited to, Swing/Fixed Cab Cranes (Boom Trucks, Carry Decks, Spyder Cranes, etc.), Excavator with or without attachments, Bulldozer, Scraper, Motor Grader, Gradall, Mechanic (excluding cranes), Winch Truck, Rubber-tire Backhoe, Front-end Loader, Boring/Drilling Machine, Utility Welder, Grease Truck, Surveyor, Tug Boat Operator, Soil Stabilization Equipment, Articulating/Earth-moving/Dump Truck Driver, Hydro-Excavation (Truck or Trailer Mounted), Certified Rigger, Certified Flagman/Signalman, Asphalt/Concrete Batch Plant, Asphalt/Concrete Paving Machine, Concrete Pump Truck, Rock Crusher, Trenching Machine, HDD Driller/Micro Tunnel Driller, Sideboom, Bending Machine, Rock Drills, Tack Rig, Forwarder, Log Truck, Padding Machine, and CDL Truck Driver.

**Group III-** Air, Electric, or Engine Driven Hoist/Tugger,  Elevators (inside and outside), Forklift, Skid Steer Loaders (with or without attachments),  Compactors, Rollers, Farm Tractors with Attachments, Crew Boat, Dump Truck, Well Points and Dewatering Systems, Motorized Sweeper, Fuel Truck, Water Truck, Mud Tech, Hydro-Testing Equipment (fill pumps, pressure pumps, spinning dead weights, air compressor for dewatering, fill lines, test hoses, and dressing pig), Marooka, Skidder, and Tow Tractors.

**Group IV-** Non-certified Flagman/Signalman, Oiler, Pumps and any other power operated equipment of a similar nature, Concrete or Asphalt Batch Plant Assistant (Ground Man), Grease Truck Helper, Deck Hand, Mechanic Helper, Surveyor Assistant (Rodman), and Warehouse Forklift.



Section 3: Whenever the Employer shall acquire any new equipment or variations or combinations of existing equipment that are not listed in the above Classifications, representatives of the Union and the Employer shall meet to assign such equipment to the appropriate Classification. This Agreement and Appendices shall serve as a Letter of Assignment.

## ARTICLE XXIV
## WORKERS' COMPENSATION

The Employer agrees to either carry Workers' Compensation Insurance for its employees, or to qualify for a self-insured plan under the applicable state regulations, and to exert all reasonable means to obtain prompt payment of injury compensation claims for employees. The Employer will furnish Proof of Insurance, or of its self-insured status upon request of the Union.

## ARTICLE XXV
## SPECIAL PROJECT ADDENDUMS

Both parties recognize that there may be circumstances when it is to the mutual interest of both parties to modify the terms of this Agreement for a specific project or projects. In that event, it will not be a violation of this Agreement for the parties to meet and mutually agree to make such modifications to meet specific needs or circumstances on a specific project or projects in the form of an Addendum to this Agreement. Such Addendums may be executed for the Union by its Business Manager, without the need for ratification by the Union's membership. Such Addendums shall be applicable only for the project or projects for which they are negotiated and shall be terminated upon the completion of the project or projects referred to in the Addendum. All remaining Articles of this Agreement, not addressed in a Project Addendum, shall remain in full force and effect.

## ARTICLE XXVI
## NONDISCRIMINATION

The Parties agree that equal opportunity for employment shall be afforded to all persons regardless of age, race, religion, sex, creed, color or national origin, physical or mental disability, marital status, disabled veterans, Vietnam-era veterans, or any other protected classes in compliance with all applicable Civil Rights Legislation and Executive Orders. Whenever reference is made to gender in this Agreement, the same shall be interpreted and construed as including both male and female.

## ARTICLE XXVII
## ENTIRE AGREEMENT OF THE PARTIES

This Agreement shall constitute the whole of the Agreement between the parties governing their entire relationship with respect to those items properly subject to collective bargaining. No agent or representative of either party has authority to make, and none of the parties shall be bound or liable for any statement, representation, promise, inducement, or agreement not set forth herein.




The terms of this Agreement shall not be modified or changed in any way other than by the mutual written consent of the Union and the Employer.

## ARTICLE XXVIII
## SAVINGS CLAUSE

It is not the intent of either party hereto to violate any law, ruling, or regulation of any government authority or state agency having jurisdiction of the subject matter of this Agreement and the parties hereto agree that in the event any provision of this Agreement is held to be unlawful or void by any tribunal having the right to so hold, the remainder of the Agreement shall remain in full force and effect.

## ARTICLE XXIX
## COUNTERPARTS

This Agreement may be executed in multiple counterparts, all of which shall be deemed originals, and with the same effect as if all Parties had signed the same document. All of such counterparts shall be construed together with and shall constitute one Agreement, but in making proof, if shall only be necessary to produce one such counterpart. A facsimile or e-mail transmission shall be as valid and enforceable as an original.

## ARTICLE XXX
## DURATION OF AGREEMENT AND SIGNATURES

This Agreement shall become effective on   December 6, 2024   and shall remain in full force and effect until midnight on March 31, 2026, and from year to year thereafter unless either party, at least sixty (60) days prior to the anniversary date, notifies the other party by registered mail or certified mail, and email of its desire to amend, or modify this Agreement.

This Agreement may be opened for wage and benefit negotiations by either party notifying the other, at least sixty (60) days prior to any annual anniversary date by registered or certified mail.

The parties agree that they will enter into good faith negotiations for a successor Agreement no later than sixty (60) days prior to the expiration date of this Agreement.  If the parties are unable to reach a new Agreement, this Agreement will continue day to day until such time that a new Agreement is reached.

If no new Agreement can be reached, and one of the parties declares an impasse in negotiations, the parties agree to resort to binding interest arbitration before an arbitrator to be selected by the party not declaring an impasse. The arbitrator will be selected from a list supplied by FMCS and will arbitrate the final CBA, which will include all provisions agreed to by the parties prior to the arbitration.  The parties will share all costs of the arbitration and bear their own expenses.  The parties shall present evidence and testimony to support their positions on the terms of the contract at the arbitration.  Each party shall also provide a specific written recommendation to settle all outstanding contract issues to the arbitrator and a brief in support of their respective positions, within 14 days after the close of the hearing.  The arbitrator shall issue his or her decision within

14



30 days after receipt of the parties' briefs.  The decision of the arbitrator is final and binding.  The arbitrator is free to adopt one of the recommendations or may construct a reasonable Agreement based on the parties' presentations during the arbitration proceeding.  The issue of retroactivity of wages shall be decided by the arbitrator.

The Union may not strike, and the Employer may not lock-out, while the foregoing negotiation and arbitration processes are ongoing.

IN WITNESS WHEREOF, the parties hereto execute this Agreement by their respective representatives, duly authorized to do so, this ____6th____ day of _____December_____, 2024.

| | |
|---|---|
| Operating Engineers Local 450<br>P.O. Box 1410<br>Mont Belvieu, TX 77580 | HKE Inc.<br>2498 SE Mullenix Road<br>Port Orchard, WA 98367 |

Mark Maher, Jr.
Name

*/s/ Mark Maher Jr.*
Signature

Business Manager
Title

12-6-2024
Date

_____
Name

Todd W Hassing
Digitally signed by Todd W Hassing
DN: C=US, E=todd@hkeinc.com, O=HKE INC, CN=Todd W Hassing
Date: 2024.12.06 15:01:42-08'00'
Signature

President
Title

_____
Date

15



# APPENDIX A
## COMMERCIAL WAGE AND FRINGE BENEFIT SCHEDULE

Section 1:

|  | April 1, 2023 | April 1, 2024 | April 1, 2025 |
|---|---|---|---|
| **Group I** | $38.01 | $39.47 | $39.47 |
| **Southern Operators Health Fund** | $6.00 | $6.25 | $6.50 |
| **Central Pension Fund** | $3.89 | $3.89 | $4.99 |
| **Apprenticeship & Training** | $0.25 | $0.25 | $0.25 |

*Tower Crane add on $4.00*
*Crawler Crane 300t and above add on $2.00*

|  | April 1, 2023 | April 1, 2024 | April 1, 2025 |
|---|---|---|---|
| **Group II** | $30.56 | $31.74 | $31.74 |
| **Southern Operators Health Fund** | $6.00 | $6.25 | $6.50 |
| **Central Pension Fund** | $3.72 | $3.72 | $4.60 |
| **Apprenticeship & Training** | $0.25 | $0.25 | $0.25 |
| **Group III** | $22.55 | $23.42 | $23.42 |
| **Southern Operators Health Fund** | $6.00 | $6.25 | $6.50 |
| **Central Pension Fund** | $3.53 | $3.53 | $4.18 |
| **Apprenticeship & Training** | $0.25 | $0.25 | $0.25 |
| **Group IV** | $20.83 | $21.63 | $21.63 |
| **Southern Operators Health Fund** | $6.00 | $6.25 | $6.50 |
| **Central Pension Fund** | $3.49 | $3.49 | $4.09 |
| **Apprenticeship & Training** | $0.25 | $0.25 | $0.25 |

Section 2: Registered Apprentices and Probationary Apprentices shall be paid according to the following Apprenticeship Ratios and Pay Schedule based on Group II classification wage rate. The rate of pay shall be for the proper period, but at no time shall it be more than the rate for the classification of the machine being operated in the jurisdiction of the Union. The pay rate of all Apprentices shall be for the proper period of Training as determined by the Joint Apprenticeship Committee and as stipulated in the Apprenticeship Agreement. The Central Pension Fund contributions will not apply to Registered Apprentices.

| Period | On The Job Learning | | Pay Rate |
|---|---|---|---|
| First period | 1 | 1000 hrs. | 65% of Group II Rate |
| Second Period | 1001 | 2000 hrs. | 70% of Group II Rate |
| Third Period | 2001 | 3000 hrs. | 75% of Group II Rate |
| Fourth Period | 3001 | 4000 hrs. | 80% of Group II Rate |
| Fifth Period | 4001 | 5000 hrs. | 85% of Group II Rate |
| Sixth Period | 5001 | 6000 hrs. | 90% of Group II Rate |



## APPENDIX B
## INDUSTRIAL WAGE AND FRINGE BENEFIT SCHEDULE

Section 1:

|  | April 1, 2023 | April 1, 2024 | April 1, 2025 |
|---|---|---|---|
| **Group I** | **$40.62** | **$42.18** | **$42.18** |
| **Southern Operators Health Fund** | **$6.00** | **$6.25** | **$6.50** |
| **Central Pension Fund** | **$7.29** | **$7.29** | **$8.46** |
| **Apprenticeship & Training** | **$0.75** | **$0.75** | **$0.75** |
| *Tower Crane add on $4.00* | | | |
| *Crawler Crane 300t and above add on $2.00* | | | |
| **Group II** | **$36.24** | **$37.63** | **$37.63** |
| **Southern Operators Health Fund** | **$6.00** | **$6.25** | **$6.50** |
| **Central Pension Fund** | **$7.03** | **$7.03** | **$8.08** |
| **Apprenticeship & Training** | **$0.75** | **$0.75** | **$0.75** |
| **Group III** | **$31.99** | **$33.22** | **$33.22** |
| **Southern Operators Health Fund** | **$6.00** | **$6.25** | **$6.50** |
| **Central Pension Fund** | **$6.78** | **$6.78** | **$7.70** |
| **Apprenticeship & Training** | **$0.75** | **$0.75** | **$0.75** |
| **Group IV** | **$23.87** | **$24.79** | **$24.79** |
| **Southern Operators Health Fund** | **$6.00** | **$6.25** | **$6.50** |
| **Central Pension Fund** | **$6.29** | **$6.29** | **$6.98** |
| **Apprenticeship & Training** | **$0.75** | **$0.75** | **$0.75** |

Section 2:  Registered Apprentices and Probationary Apprentices shall be paid according to the following Apprenticeship Ratios and Pay Schedule based on Group II classification wage rate. The rate of pay shall be for the proper period, but at no time shall it be more than the rate for the classification of the machine being operated in the jurisdiction of the Union. The pay rate of all Apprentices shall be for the proper period of Training as determined by the Joint Apprenticeship Committee and as stipulated in the Apprenticeship Agreement. The Central Pension Fund contributions will not apply to Registered Apprentices.

| Period | On The Job Learning | | | Pay Rate |
|---|---|---|---|---|
| First period | 1 | 1000 | hrs. | 65% of Group II Rate |
| Second Period | 1001 | 2000 | hrs. | 70% of Group II Rate |
| Third Period | 2001 | 3000 | hrs. | 75% of Group II Rate |
| Fourth Period | 3001 | 4000 | hrs. | 80% of Group II Rate |
| Fifth Period | 4001 | 5000 | hrs. | 85% of Group II Rate |
| Sixth Period | 5001 | 6000 | hrs. | 90% of Group II Rate |

