United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF § <br> OPERATING ENGINEERS, LOCAL 450, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> HKE Inc., § <br>     Defendant. § | CIVIL ACTION NO. 4:25-cv-5165 |

## DEFAULT JUDGMENT

Today, the Court considered Plaintiff's Second Motion for Default Judgment. After considering the motion, the evidence, the pleadings, and the arguments of counsel, the Court **GRANTS** the motion. It is therefore **ORDERED** that judgment is awarded for Plaintiff against Defendant, HKE Inc., in the sum of $160,935.44. Post-judgment interest shall accrue at the rate of 3.43% until the judgment is paid in full.

It is **ORDERED** that the case is **CLOSED**.

Signed on February 26, 2026, at Houston, Texas.

_CREskridge_
Charles Eskridge
United States District Judge

1.